157 A.3d 487

COMMONWEALTH of Pennsylvania, Respondent

v.

Demetrious WASHINGTON, Petitioner

No. 404 MAL 2016

Supreme Court of Pennsylvania.

September 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**